**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: James E. Domen Jr. aka James E. Domen
Debtor(s)

BK NO. 20-02115 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Carisbrook Asset Holding Trust and index same on the master mailing list.

    Respectfully submitted,

/s/ James C. Warmbrodt
_____
James Warmbrodt
04 Aug 2020, 15:30:48, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322