```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 20-02115-HWV
James E. Domen, Jr.                                                 Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke          Page 1 of 1            Date Rcvd: Sep 17, 2020
                               Form ID: ntcnfhrg        Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
```
db           +James E. Domen, Jr.,    409 East Marble Street,   Mechanicsburg, PA 17055-4266
cr           +Carisbrook Asset Holding Trust,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
              Warrington, PA 18976-3403
5349933      +Carisbrook Asset Holding Trust,    c/o Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
              The Shops at Valley Squar,   Warrington, PA 18976-3403
5354598      +Carisbrook Asset Holding Trust,    c/o RoundPoint Mortgage Servicing Corpor,
              446 Wrenplace Road,,   Fort Mill, SC 29715-0200
5343274       RoundPoint Mortgage Servicing,    Attn: Correspondence,    PO Box 19409,
              Charlotte, NC 28219-9409
5343275      +Stern & Eisenberg PC,   1581 Main Street, Suite 200,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5343271       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 19:53:45
              Capital One Bank USA, NA,    PO Box 30285,   Salt Lake City, UT 84130-0285
5343272      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 19:47:45     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
5357192       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 19:54:10
              Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5349985      +E-mail/Text: bankruptcynotices@psecu.com Sep 17 2020 19:48:05     PSECU,   PO BOX 67013,
              HARRISBURG, PA 17106-7013
5343273      +E-mail/Text: bankruptcynotices@psecu.com Sep 17 2020 19:48:05     PSECU,   1500 Elmerton Avenue,
              PO Box 67013,   Harrisburg, PA 17106-7013
5358848       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2020 19:54:12      Verizon,
              by American InfoSource as agent,    PO Box 4457,   Houston, TX 77210-4457
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel Philip Jones    on behalf of Creditor    Carisbrook Asset Holding Trust
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 James E. Domen, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| James E. Domen Jr., <br> aka James E. Domen, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–02115–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 21, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 28, 2020 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 17, 2020 |

ntcnfhrg (03/18)