# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James E. Domen Jr., aka James E. Domen, | Chapter 13 |
| **Debtor 1** | Case No. 1:20–bk–02115–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 1, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 14, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James E. Domen, Jr.<br>a/k/a James E. Domen<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-02115-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, January 18, 2021, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

| Label Matrix for local noticing<br>0314-1<br>Case 1:20-bk-02115-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Jan 18 11:16:28 EST 2021 | Capital One Bank USA, NA<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Carisbrook Asset Holding Trust<br>Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>Warrington, PA 18976-3403 |
|---|---|---|
| Carisbrook Asset Holding Trust<br>c/o RoundPoint Mortgage Servicing Corpor<br>446 Wrenplace Road,<br>Fort Mill, SC 29715-0200 | Carisbrook Asset Holding Trust<br>c/o Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Squar<br>Warrington, PA 18976-3403 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| James E. Domen Jr.<br>409 East Marble Street<br>Mechanicsburg, PA 17055-4266 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Daniel Philip Jones<br>Stern & Eisenberg PC<br>1581 Main Street<br>Suite<br>Warrington, PA 18976-3403 |
| Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706 | PSECU<br>1500 Elmerton Avenue<br>PO Box 67013<br>Harrisburg, PA 17106-7013 | PSECU<br>PO BOX 67013<br>HARRISBURG, PA 17106-7013 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RoundPoint Mortgage Servicing<br>Attn: Correspondence<br>PO Box 19409<br>Charlotte, NC 28219-9409 |
| Stern & Eisenberg PC<br>1581 Main Street, Suite 200<br>Warrington, PA 18976-3403 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106-1541 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carisbrook Asset Holding Trust

End of Label Matrix  
Mailable recipients   18  
Bypassed recipients    1  
Total                 19