UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------X
:
IN RE: : CASE NO.: 1:20-bk-02115-HWV
: CHAPTER: 13
James E. Domen, Jr. aka James E. Domen, :
: **NOTICE OF APPEARANCE**
Debtor. :
: HON. CHIEF JUDGE:
: Henry W. Van Eck
:
:
:
:
-----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

                               FRIEDMAN VARTOLO, LLP
                               Attorneys for SN Servicing Corporation as servicer for
                               U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust
                               1325 Franklin Avenue, Suite 160
                               Garden City, NY 11530
                               bankruptcy@FriedmanVartolo.com

     **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

     **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a

District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: Garden City, NY
July 28, 2022

By: /s/ Lauren M Moyer
Lauren M Moyer, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for SN Servicing Corporation as servicer for
U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------X
: 
IN RE: : CASE NO.: 1:20-bk-02115-HWV
: CHAPTER: 13
James E. Domen, Jr. aka James E. Domen, :
: **NOTICE OF APPEARANCE**
Debtor. :
: HON. CHIEF JUDGE:
: Henry W. Van Eck
:
:
:
:
:
------------------------------------------------------------------X

## CERTIFICATION OF SERVICE

     I, Lauren M Moyer, certify that on July 28, 2022, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Lauren M Moyer
 Lauren M Moyer, Esq.
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as
Trustee of LB-Cabana Series IV Trust, its
successor and assigns
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

# SERVICE LIST

James E. Domen, Jr. aka James E. Domen
409 East Marble Street
Mechanicsburg, PA 17055
***Debtor***

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
***Debtor's Attorney***

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 1710
***Asst. U.S. Trustee***