UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 1:20-bk-02115-HWV |
| Debtor<br>James E. Domen, Jr.<br>aka James E. Domen | Chapter: 13<br><br>Judge: Henry W. Van Eck |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust<br>Movant<br>v.<br><br>James E. Domen, Jr.<br>aka James E. Domen<br>Debtor<br>Jack N Zaharopoulos - Trustee<br>   Respondents | |

### PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

TO THE CLERK:

  Kindly withdraw the Notice of Mortgage Payment Change (Claim #3-1) filed by Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust on August 10, 2022.

Dated: August 31, 2022

                By: _/s/ Lauren M. Moyer_
                Lauren M. Moyer, Esquire
                FRIEDMAN VARTOLO LLP
                Attorneys for Movant
                1325 Franklin Avenue, Suite 160
                Garden City, New York 11530
                T: (212) 471-5100
                F: (212) 471-5150
                Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 1:20-bk-02115-HWV |
| Debtor<br>James E. Domen, Jr.<br>aka James E. Domen | Chapter: 13<br>Judge: Henry W. Van Eck |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust<br>Movant<br>v.<br><br>James E. Domen, Jr.<br>aka James E. Domen<br>Debtor<br>Jack N Zaharopoulos - Trustee<br>Respondents | |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 31, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 31, 2022

By: /s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

# SERVICE LIST

**Service by NEF**

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Trustee**

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
**Debtor's Counsel**

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
**U.S. Trustee**

**Service by First-Class Mail**

James E. Domen, Jr.
409 East Marble Street
Mechanicsburg, PA 17055
**Debtor**