# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: James E Domen, Jr

Case No.:1-20-02115 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SN Servicing |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 6363 |
| Property Address if applicable: | 409 E Marble St |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $40,876.51 |
| b. | Prepetition arrearages paid by the trustee: | $40,876.51 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $40,876.51 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: May 30, 2024

                                                            Respectfully submitted,

                                                            /s/ Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            Suite A, 8125 Adams Drive
                                                            Hummelstown, PA  17036
                                                            Phone:  (717) 566-6097
                                                            Fax:  (717) 566-8313
                                                            email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: James E Domen, Jr

Case No.:1-20-02115 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on May 30, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011

**Served by First Class Mail**
SN Servicing Corp
323 5th St
Eureka CA 95501

James E Domen, Jr
409 E Marble St
Mechanicsburg PA 17055

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 30, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02115     **JAMES E. DOMEN, JR.**

SN SERVICING CORP  
323 5TH STREET  

EUREKA, CA   95501-

Acct No: 6363/PRE ARREARS/409 E MA

Sequence: 24  
Modify:  
Filed Date: 8/27/2020  12:00:00AM  
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $144,907.00 | Debt: $40,876.51 | Interest Paid: $0.00 |  |
| Amt Due: $0.00 | Paid: $40,876.51 | Accrued Int: $0.00 |  |
|  |  | Balance Due: $0.00 |  |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 03/14/2024 | 9018188 | $354.61 | $0.00 | $354.61 | 03/14/2024 |
| 520-0 | SN SERVICING CORP | | 02/14/2024 | 9018006 | $1,104.00 | $0.00 | $1,104.00 | 02/14/2024 |
| 520-0 | SN SERVICING CORP | | 01/12/2024 | 9017840 | $920.00 | $0.00 | $920.00 | 01/12/2024 |
| 520-0 | SN SERVICING CORP | | 12/19/2023 | 9017683 | $920.00 | $0.00 | $920.00 | 12/19/2023 |
| 520-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $920.00 | $0.00 | $920.00 | 11/15/2023 |
| 520-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $1,645.60 | $0.00 | $1,645.60 | 10/18/2023 |
| 520-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $1,452.00 | $0.00 | $1,452.00 | 09/19/2023 |
| 520-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $1,645.60 | $0.00 | $1,645.60 | 08/09/2023 |
| 520-0 | SN SERVICING CORP | | 07/11/2023 | 9016787 | $1,452.00 | $0.00 | $1,452.00 | 07/11/2023 |
| 520-0 | SN SERVICING CORP | | 06/13/2023 | 9016608 | $1,023.00 | $0.00 | $1,023.00 | 06/13/2023 |
| 520-0 | SN SERVICING CORP | | 05/16/2023 | 9016426 | $930.00 | $0.00 | $930.00 | 05/16/2023 |
| 520-0 | SN SERVICING CORP | | 04/18/2023 | 9016238 | $1,209.00 | $0.00 | $1,209.00 | 04/19/2023 |
| 520-0 | SN SERVICING CORP | | 03/15/2023 | 9016034 | $930.00 | $0.00 | $930.00 | 03/15/2023 |
| 520-0 | SN SERVICING CORP | | 02/15/2023 | 9015836 | $930.00 | $0.00 | $930.00 | 02/15/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SN SERVICING CORP | | 01/18/2023 | 9015627 | $1,674.00 | $0.00 | $1,674.00 | 01/18/2023 |
| 520-0 | SN SERVICING CORP | | 11/16/2022 | 9015215 | $837.00 | $0.00 | $837.00 | 11/16/2022 |
| 520-0 | SN SERVICING CORP | | 10/18/2022 | 9015001 | $981.00 | $0.00 | $981.00 | 10/18/2022 |
| 520-0 | SN SERVICING CORP | | 09/13/2022 | 9014783 | $1,177.20 | $0.00 | $1,177.20 | 09/13/2022 |
| 520-0 | SN SERVICING CORP | | 08/17/2022 | 9014581 | $1,962.00 | $0.00 | $1,962.00 | 08/18/2022 |
| 520-0 | SN SERVICING CORP | | 07/13/2022 | 9014362 | $1,095.60 | $0.00 | $1,095.60 | 07/13/2022 |
| 520-0 | SN SERVICING CORP | | 06/14/2022 | 9014154 | $1,643.40 | $0.00 | $1,643.40 | 06/14/2022 |
| 520-0 | SN SERVICING CORP | | 04/12/2022 | 9013729 | $1,734.70 | $0.00 | $1,734.70 | 04/12/2022 |
| 520-0 | SN SERVICING CORP | | 03/16/2022 | 9013509 | $821.70 | $0.00 | $821.70 | 03/16/2022 |
| 520-0 | SN SERVICING CORP | | 01/19/2022 | 9013067 | $1,186.90 | $0.00 | $1,186.90 | 01/19/2022 |
| 520-0 | SN SERVICING CORP | | 12/15/2021 | 9012831 | $1,095.60 | $0.00 | $1,095.60 | 12/15/2021 |
| 520-0 | SN SERVICING CORP | | 11/16/2021 | 9012583 | $1,095.60 | $0.00 | $1,095.60 | 11/16/2021 |
| 520-0 | SN SERVICING CORP | | 10/14/2021 | 9012330 | $940.00 | $0.00 | $940.00 | 10/14/2021 |
| 520-0 | SN SERVICING CORP | | 09/14/2021 | 9012082 | $846.00 | $0.00 | $846.00 | 09/14/2021 |
| 520-0 | SN SERVICING CORP | | 08/18/2021 | 9011833 | $1,974.00 | $0.00 | $1,974.00 | 08/18/2021 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 06/16/2021 | 2001794 | $846.00 | $0.00 | $846.00 | 07/19/2021 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 05/18/2021 | 2000803 | $1,547.00 | $0.00 | $1,547.00 | 06/07/2021 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 04/15/2021 | 1229410 | $1,092.00 | $0.00 | $1,092.00 | 04/21/2021 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 03/17/2021 | 1228401 | $819.00 | $0.00 | $819.00 | 03/24/2021 |
| 520-0 | ROUNDPOINT MORTGAGE SERVICIN | | 02/17/2021 | 1227375 | $2,072.00 | $0.00 | $2,072.00 | 02/24/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $40,876.51 | $0.00 | $40,876.51 | |
| | | | | Grand Total: | $40,876.51 | $0.00 | | |