**Fill in this information to identify the case:**

Debtor 1: James E. Domen, Jr. aka James E. Domen

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Middle District of PA (State)

Case number: 1:20-bk-02115-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 3 6 3

**Property address:** 409 East Marble Street
Number   Street

_____

Mechanicsburg, PA 17055
City            State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:          (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.                      (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | James E. Domen, Jr. aka James E. Domen | Case number (*if known*) 1:20-bk-02115-HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ Lauren M. Moyer, Esquire
Signature

Date 06 / 07 / 2024

Print: Lauren M. Moyer
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City   NY   11530
City   State   ZIP Code

Contact phone ( 212 ) 471 – 5100   Email _____

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X
:
IN RE:  : CASE NO.: 1:20-bk-02115-HWV
 :
James E. Domen, Jr. : CHAPTER: 13
*aka James E. Domen*, : HON. JUDGE.: Henry W. Van Eck
 :
Debtor. :
 :
 :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Lauren M. Moyer, certify that on June __07th____, 2024 I caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                      By: /s/ Lauren M. Moyer
                                      FRIEDMAN VARTOLO LLP
                                      1325 Franklin Avenue, Suite 160
                                      Garden City, New York 11530
                                      T: (212) 471-5100
                                      F: (212) 471-5150

<u>**SERVICE LIST**</u>

James E. Domen, Jr.
aka James E. Domen
409 East Marble Street
Mechanicsburg, PA 17055
***Debtor***

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
***Debtor's Attorney***

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
***U.S. Trustee***