| | |
|---|---|
| In re: | Case No. 20-02115-HWV |
| James E. Domen, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 12, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James E. Domen, Jr., 409 East Marble Street, Mechanicsburg, PA 17055-4266 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Carisbrook Asset Holding Trust djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Cabana Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 James E. Domen Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Richard Postiglione | |

                on behalf of Creditor SN Servicing Corporation bkecf@friedmanvartolo.com

United States Trustee

                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| James E. Domen Jr., aka James E. Domen, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−02115−HWV |

Social Security No.:
        xxx−xx−8088

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 12, 2024

**fnldec** (01/22)